**TORRES | TORRES STALLINGS AND ASSOCIATES**
**David A. Torres, SBN 135059**
1318 K Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TEODORO D'AMBROSIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TEODORO D'AMBROSIO,<br><br>    Defendant | ) Case No. 5:20-po-00033-JLT<br>) Citation No.: 7570720<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE**<br>)<br>) (Doc. 4)<br>)<br>) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant TEODORO D;AMBROSIO, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter.  Mr. D'Ambrosio agrees that his interests shall be represented at all times by the presence of his attorney David A. Torres and Associates, the same as if Mr. D'Ambrosio were personally present.  This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 2/27/2020                              ___*/s/ Teodoro D'Ambrosio*____
                                                           TEODORO D'AMBROSIO


Date: 2/27/2020                              ___*/s/ David A. Torres*_____
                                                           DAVID A. TORRES
                                                           Attorney for Defendant

# ORDER

Good cause appearing, the Court **ORDERS:**

1. The defendant's request for waiver of his personal appearance for all proceedings in this matter, is **GRANTED**.

IT IS SO ORDERED.

Dated: **February 28, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE